RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Montique T. Bias

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONTIQUE T. BIAS,<br><br>Defendant. | Case No. 2:18-cr-389-JAD-GWF<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE ON A PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE**<br>(First Request) |

It is stipulated and agreed to, by and between United States Attorney Nicholas A. Trutanich and Assistant United States Attorney Brett Ruff, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Andrew Wong, counsel for Montique T. Bias, that the initial appearance currently scheduled for Wednesday, April 1, 2020 at 2:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. On March 16, 2020, a petition was filed alleging that defendant Montique T. Bias violated his supervised release conditions. ECF No. 103. This Court issued a summons ordering her to appear in court on April 1, 2020. ECF No. 104.

2. In light of the current COVID-19 pandemic, the State of Nevada's resulting emergency declarations, widespread calls to take more aggressive social distancing measures, and this Court's stated goal to "striv[e] to eliminate in-person court appearances,"[1] the parties request a continuance of Mr. Bias's April 1, 2020 initial appearance.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

5. Probation Officer Matthew Martinez agrees to the continuance.

This is the first request for a continuance of the initial appearance.

DATED this 31st day of March, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Brett Ruff*<br>By_____<br>BRETT RUFF<br>Assistant United States Attorney |

---

[1] *See* District of Nevada Temporary General Order 2020-04, available at https://www.nvd.uscourts.gov/wpcontent/uploads/2020/03/Temporary-General-Order-2020-04-re-Covid19.pdf.

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-389-JAD-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| MONTIQUE T. BIAS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the initial appearance currently scheduled for Wednesday, April 1, 2020, at 2:30 p.m., be vacated and continued to Wednesday, May 13, 2020, at the hour of 2:30 p.m., in courtroom 4B.

DATED this 31st day of March, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE